UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-213-1F

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| DEMETRIUS DARRELL WHITEHEAD | |

On motion of the Defendant, Demetrius Darrell Whitehead, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #66 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 12 day of July, 2011.

_/s/ James C. Fox_
JAMES C. FOX
Senior United States District Judge