UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-213-1F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMETRIUS DARRELL WHITEHEAD | ORDER |

This matter having come before the Court by the unopposed motion of the Office of the Federal Public Defender to continue the sentencing hearing of the Defendant, and for good cause shown, it is hereby ORDERED that said hearing shall be continued until October 3, 2011.

IT IS SO ORDERED.

This _12_ day of July, 2011.

　　　　　　　　　　　　　　　　　　　/s/ James C. Fox
　　　　　　　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　　　　　　　Senior United States District Judge